IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                         Case Nos.:    3:11cr105/RV/EMT
                                                          3:14cv319/RV/EMT
GABINO ORTIZ, JR.,
    Reg. No. 21236-017
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Defendant commenced this action by filing a motion to vacate under 28 U.S.C. § 2255 (doc. 115). Defendant subsequently amended his motion to vacate (doc. 120). On September 26, 2014, Defendant was given thirty (30) days in which to file a second amended motion to vacate (doc. 121). Defendant failed to comply with the order; therefore, on November 4, 2014, the court issued an order requiring Defendant to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 125). The time for compliance with the show cause order has now elapsed with no response from Defendant, and Defendant has not filed a second amended motion to vacate.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

At Pensacola, Florida, this 12th day of December 2014.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**